```
_____ FILED      _____ LODGED
                 _____ RECEIVED

         MAY 28 2025

     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| Lareina A. Sauls<br><br>　　　Plaintiff,<br><br>vs.<br><br>ALICIA M. BURTON etal.<br><br>　　　Defendant | Case No.: 3:25-cv-05248-DGE<br><br>**FIRST AMENDED CIVIL RIGHTS COMPLAINT**<br>For Violations of 42 U.S.C. §§ 1983, 1985, and 12132; Fraud on the Court, ADA and Rehabilitation Act Violations, Retaliation, and Denial of Due Process<br>(Amended in Response to Court's May 5, 2025, Order – Dkt. No. 14)<br>(Preserving All Federal Claims for Appeal in the Ninth Circuit – 28 U.S.C. § 1291) |

**FIRST AMENDED CIVIL RIGHTS COMPLAINT**
For Violations of 42 U.S.C. §§ 1983, 1985, and 12132; Fraud on the Court, ADA and Rehabilitation Act Violations, Retaliation, and Denial of Due Process
*(Amended in Response to Court's May 5, 2025, Order – Dkt. No. 14)*
*(Preserving All Federal Claims for Appeal in the Ninth Circuit – 28 U.S.C. § 1291)*

## PRELIMINARY STATEMENT

This First Amended Complaint addresses a deliberate and coordinated denial of Plaintiff's civil rights, procedural due process, and statutory protections under federal law. The complaint has been amended to comply with Fed. R. Civ. P. 8 and the Court's Order dated May 5, 2025, and asserts claims grounded in constitutional violations and federal statutes including the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, and 42 U.S.C. §§ 1983 and 1985.

Plaintiff alleges that agents of Pierce County—including judicial officers, a court-appointed guardian ad litem, and private attorneys—engaged in an orchestrated effort to suppress evidence, retaliate for protected activity, and deny access to justice. This was not mere negligence but a systemic pattern of abuse designed to shield a known domestic violence offender, silence the Plaintiff, and obstruct the fair administration of justice. These claims are preserved for appellate review in the Ninth Circuit pursuant to 28 U.S.C. § 1291, including constitutional violations under the First and Fourteenth Amendments.

## DEFENDANT SUMMARY

This complaint is filed against the following parties:

1. Judge Alicia M. Burton (see Exhibits 2A, 2B, 4C, 6, 6A)
2. Dr. Lennie Lynn Malang (see Exhibits 1B, 1C)
3. Desiree S. Hosannah (see Exhibits 2A, 2B, 2D, 3, 4C)
4. Robert Lee (Guardian ad Litem) (see Exhibit 4B)

FIRST AMENDED CIVIL RIGHTS COMPLAINTFOR VIOLATIONS OF 42 U.S.C. §§ 1983, 1985, AND 12132; FRAUD ON THE COURT, ADA AND REHABILITATION ACT VIOLATIONS, RETALIATION, AND DENIAL OF DUE PROCESS(AMENDED IN RESPONSE TO COURT'S MAY 5, 2025, ORDER – DKT. NO. 14)(PRESERVING ALL FEDERAL CLAIMS FOR APPEAL IN THE NINTH CIRCUIT – 28 U.S.C. § 1291) - 2

5. Pierce County Superior Court (see Exhibit 2B)

6. Pierce County (see Exhibits 4B, 4C)

7. Virginia Mason Franciscan Health (see Exhibits 1B, 1C)

8. Desiree Hosannah Law Firm (related to Exhibits 2A, 2B, 2D)

**Additional Defendants Added by Motion:**

9. Desmond Kloke

10. Gina Duncan

11. Constance S. Hosannah

12. Judge Thomas Quinlan

13. Commissioner Thomas Thornton

14. Judge Diana Kiesel

15. Vernon Hosannah

16. Gravis Law

17. DOES 1–20 (to be identified)

## JURISDICTION AND VENUE

Jurisdiction is conferred by 28 U.S.C. §§ 1331, 1343, 1367 and 42 U.S.C. §§ 1983, 1985, and 12132.

Venue is proper in the Western District of Washington under 28 U.S.C. § 1391(b), as the events occurred within this district.

FIRST AMENDED CIVIL RIGHTS COMPLAINTFOR VIOLATIONS OF 42 U.S.C. §§ 1983, 1985, AND 12132; FRAUD ON THE COURT, ADA AND REHABILITATION ACT VIOLATIONS, RETALIATION, AND DENIAL OF DUE PROCESS(AMENDED IN RESPONSE TO COURT'S MAY 5, 2025, ORDER – DKT. NO. 14)(PRESERVING ALL FEDERAL CLAIMS FOR APPEAL IN THE NINTH CIRCUIT – 28 U.S.C. § 1291) - 3

**PRESERVATION OF FEDERAL CLAIMS FOR APPEAL**

Plaintiff preserves all federal claims for appellate review under 28 U.S.C. § 1291 and FRCP Rules 46, 59(e), and 60(b), including but not limited to:

- Title II of the ADA (42 U.S.C. § 12132)
- Section 504 of the Rehabilitation Act (29 U.S.C. § 794)
- Civil Rights (42 U.S.C. §§ 1983, 1985)
- First and Fourteenth Amendment violations
- Judicial and prosecutorial misconduct

**CLARIFICATION REGARDING MINOR CHILD**

Plaintiff brings this action in her individual capacity. No claims are brought on behalf of the minor child, R.G., without representation by counsel.

**FACTUAL BACKGROUND: SYSTEMIC COLLUSION AND BLOCKADE**

This isn't a case of isolated mistakes. This is a coordinated effort — deliberate, repeatable, and provable — where every institution that should have protected Plaintiff's rights instead acted to block them.

**1. Desiree Hosannah – Attorney as Architect of Abuse**

- Filed a harassment protection order with no evidence, solely to silence Plaintiff.
- Claimed harassment of GAL Robert Lee without his declaration.
- Submitted fraudulent documents and suppressed adverse findings.

- Manipulated court process under protection of inaction.

### 2. Guardian ad Litem Robert Lee – Complicit and Shielded

- Refused to interview Plaintiff; relied on biased hearsay.
- Ignored domestic violence evidence and red flags.
- Withdrew after CR 60(b) notice—without facing scrutiny.

### 3. Judge Alicia M. Burton – Judicial Gatekeeper of Misconduct

- Denied hearings, motions, and exposure of misconduct.
- Issued vague, non-final orders obstructing appeals.
- Sanctioned Plaintiff for challenging fraud, not for valid violations.

### 4. Pattern of Retaliation and Denial of Due Process

Every time Plaintiff:

- Exposed fraud or DV history,
- Filed a motion for relief,
- Requested basic due process,

she was met with:

- Sanctions,
- Procedural sabotage,
- Denied hearings,

FIRST AMENDED CIVIL RIGHTS COMPLAINTFOR VIOLATIONS OF 42 U.S.C. §§ 1983, 1985, AND 12132; FRAUD ON THE COURT, ADA AND REHABILITATION ACT VIOLATIONS, RETALIATION, AND DENIAL OF DUE PROCESS(AMENDED IN RESPONSE TO COURT'S MAY 5, 2025, ORDER – DKT. NO. 14)(PRESERVING ALL FEDERAL CLAIMS FOR APPEAL IN THE NINTH CIRCUIT – 28 U.S.C. § 1291) - 5

- Denied access to evidence,
- Unclear rulings and delayed orders.

### 5. Newly Discovered Evidence and Procedural Lockout

- Father confirmed as a Level 3 DV offender.
- GAL and attorney relied on fraudulent documents.
- Judge denied Plaintiff's CR 60(b) relief and motions without explanation.
- Appellate access was blocked via ambiguous rulings.

### 6. Consequences of Systemic Misconduct

- A known abuser was awarded 50/50 custody.
- Plaintiff was punished for seeking accountability.
- Entire process violated constitutional and civil rights.

### 7. Legal Framework Violated

- CR 60(b)(1), (4), (5), (11)
- CR 11
- RCW 26.50.030; RCW 2.28.010
- RCW 7.21.010
- RCW 49.60.030
- RAP 2.5(a)(3)

FIRST AMENDED CIVIL RIGHTS COMPLAINTFOR VIOLATIONS OF 42 U.S.C. §§ 1983, 1985, AND 12132; FRAUD ON THE COURT, ADA AND REHABILITATION ACT VIOLATIONS, RETALIATION, AND DENIAL OF DUE PROCESS(AMENDED IN RESPONSE TO COURT'S MAY 5, 2025, ORDER – DKT. NO. 14)(PRESERVING ALL FEDERAL CLAIMS FOR APPEAL IN THE NINTH CIRCUIT – 28 U.S.C. § 1291) - 6

## CAUSES OF ACTION

**Count I:** 42 U.S.C. § 1983 – Due Process / Equal Protection

**Count II:** ADA Title II – 42 U.S.C. § 12132

**Count III:** Civil Conspiracy – 42 U.S.C. § 1985(2)

**Count IV:** Section 504 – 29 U.S.C. § 794

**Count V:** Fraud on the Court / Coordinated Misconduct

**Count VI:** CAPTA – 42 U.S.C. § 5106a

**Count VII:** Mail and Wire Fraud – 18 U.S.C. §§ 1341, 1343

**Count VIII:** First Amendment Retaliation

**Count IX:** Family Integrity – Fourteenth Amendment

## DAMAGES REQUESTED

- $500,000,000 from Defendants 1–8
- Additional damages from Defendants 9–17 and DOES 1–20
- Emotional distress, income loss, reputational harm, constitutional injury

## ALTERNATIVE RELIEF – ASSET-BASED JUDGMENT

- Seizure of assets exceeding $100,000
- Relief under 28 U.S.C. § 2202, FRCP Rules 64 and 69(a)

## PRAYER FOR RELIEF

Plaintiff respectfully requests:

FIRST AMENDED CIVIL RIGHTS COMPLAINTFOR VIOLATIONS OF 42 U.S.C. §§ 1983, 1985, AND 12132; FRAUD ON THE COURT, ADA AND REHABILITATION ACT VIOLATIONS, RETALIATION, AND DENIAL OF DUE PROCESS(AMENDED IN RESPONSE TO COURT'S MAY 5, 2025, ORDER – DKT. NO. 14)(PRESERVING ALL FEDERAL CLAIMS FOR APPEAL IN THE NINTH CIRCUIT – 28 U.S.C. § 1291) - 7

1. Declaratory judgment

2. Injunctive relief

3. Compensatory and punitive damages

4. Recognition of family integrity

5. Constructive trust / property recovery

6. Attorney's fees and costs (42 U.S.C. §§ 1988 and 12205)

7. Leave to amend.

8. All other just and proper relief

**Executed this 20th day of May 2025, in Tacoma, Washington.**
**Respectfully submitted,**

*/s/ Lareina A. Sauls*
**LAREINA A. SAULS**
Pro Se Plaintiff
1425 N. Bennett Street
Tacoma, WA 98406
Lareina.Sauls@gmail.com
(909) 695-7695

FIRST AMENDED CIVIL RIGHTS COMPLAINTFOR VIOLATIONS OF 42 U.S.C. §§ 1983, 1985, AND 12132; FRAUD ON THE COURT, ADA AND REHABILITATION ACT VIOLATIONS, RETALIATION, AND DENIAL OF DUE PROCESS(AMENDED IN RESPONSE TO COURT'S MAY 5, 2025, ORDER – DKT. NO. 14)(PRESERVING ALL FEDERAL CLAIMS FOR APPEAL IN THE NINTH CIRCUIT – 28 U.S.C. § 1291) - 8